UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Aelen Unan, et al.,

                Plaintiff(s),

v.                                           Case No. 2:14–cv–13470–MOB–DRG
                                           Hon. Marianne O. Battani

James K Haveman, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Marianne O. Battani at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 272. The following motion(s) are scheduled for hearing:

        Motion to Certify Class – #3
        Motion for Preliminary Injunction – #4
        Motion to Strike – #14

- RESPONSE DUE: October 30, 2014

- REPLY DUE: November 20, 2014

- MOTION HEARING: December 11, 2014 at 03:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/C. Motowski
                                                        Acting in the absence of KaMyra Doaks

Dated: October 7, 2014