# UNTIED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AULEN UNAN and PATRICIA QUINTINO,
on behalf of themselves and all others
similarly situated,

        Plaintiff,

v.

NICK LYON, in his official capacity as
DIRECTOR, MICHIGAN DEPARTMENT
OF COMMUNITY HEALTH and
DIRECTOR, MICHIGAN DEPARTMENT
OF HUMAN SERVICES

        Defendant.

_____/

CASE NO. 2:14-cv-13470

HON. MARIANNE O. BATTANI

## ORDER STAYING EXECUTION OF ALL DISCOVERY

At a status conference held on July 23, 2015, the Court ordered the parties to stay the execution of all discovery pending consideration of Defendants' forthcoming motion for summary judgment, to be filed within 30 days of the July 23 hearing date. On August 4, 2015, Defendants filed a Motion to Strike or for Protective Order relating to discovery matters. (Doc. 64.) This motion is to be heard at oral argument only *after* the Court's stay of discovery is lifted.

**IT IS SO ORDERED.**

Date: August 18, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 18, 2015.

s/ Kay Doaks
Case Manager
