UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AELEN UNAN and PATRICIA QUINTINO,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

NICK LYON, in his official capacity as
DIRECTOR, MICHIGAN DEPARTMENT
OF COMMUNITY HEALTH and
DIRECTOR, MICHIGAN DEPARTMENT
OF HUMAN SERVICES

    Defendant.

_____/

CASE NO. 2:14-cv-13470

HON. MARIANNE O. BATTANI

## ORDER AMENDING JANUARY 11, 2016, OPINION AND ORDER

    This matter has been presented before the Court on a Stipulation and Proposed Order to Alter or Amend Judgment, jointly submitted by the parties. The parties identified an erroneous citation in the Court's January 11, 2016, Opinion and Order (Doc. 83). In its Opinion, the Court discussed the complex criteria in determining whether an individual is a Medicaid-eligible "qualified alien" and stated as an example that a permanent resident must show that she "has worked 40 qualifying quarters of coverage . . . ." in accordance with federal statute. (Id. at 31). The Court cited to 8 U.S.C. § 1622(b)(2)(B), which the parties agree relates to the state's authority to limit eligibility of qualified aliens for state public benefits and is therefore irrelevant to this case. However, this citation was made in error and is to be replaced with 8 U.S.C. § 1612(a)(2)(B). The January 11, 2016, Opinion and Order is hereby amended to reflect this clarification.

**IT IS SO ORDERED.**

Date:   March 24, 2016                                s/Marianne O. Battani
                                                     MARIANNE O. BATTANI
                                                     United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 24, 2016.

                                                     s/ Kay Doaks
                                                     Case Manager